NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CARMINE MACEDONIO,                              )
                                                )
          Appellant,                            )
                                                )
v.                                              )          Case No. 2D17-2563
                                                )
STATE OF FLORIDA,                               )
                                                )
          Appellee.                             )
                                                )
_____ )

Opinion filed February 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

PER CURIAM.

          Affirmed.

LaROSE, C.J., and KHOUZAM and CRENSHAW, JJ., Concur.